APPEAL,TYPE I−FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:19−cv−02290−FYP

| | |
|---|---|
| YANOFSKY v. UNITED STATES DEPARTMENT OF COMMERCE<br>Assigned to: Judge Florence Y. Pan<br> Case:  1:16−cv−00951−KBJ−ZMF<br>Cause: 05:552 Freedom of Information Act | Date Filed: 07/31/2019<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**DAVID YANOFSKY**          represented by  **Adam Alexander Marshall**
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St, NW
Suite 1020
Washington, DC 20005
(202) 795−9300
Fax: (202) 795−9310
Email: amarshall@rcfp.org
*ATTORNEY TO BE NOTICED*

**KatieLynn Boyd Townsend**
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St, NW
Suite 1020
Washington, DC 20005
(202) 795−9300
Fax: (202) 795−9310
Email: ktownsend@rcfp.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES DEPARTMENT OF COMMERCE**          represented by  **April Denise Seabrook**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2525
Fax: (202) 252−2599
Email: april.seabrook@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Leeson Sroka**

U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−7113
Fax: (202) 252−2599
Email: scott.sroka@usdoj.gov
*TERMINATED: 02/10/2020*

**William Chang**
DOJ−TAX
P.O. Box 7238
Washington, DC 20044
202−307−1927
Email: william.chang3@usdoj.gov
*TERMINATED: 03/02/2022*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/31/2019 | 1 | | COMPLAINT against UNITED STATES DEPARTMENT OF COMMERCE ( Filing fee $ 400 receipt number 0090−6291511) filed by DAVID YANOFSKY. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Summons as to United States Department of Commerce, # 12 Summons as to United States Attorney, # 13 Summons as to United States Attorney General)(Townsend, KatieLynn) (Attachment 1 replaced on 8/1/2019) (zeg). (Entered: 07/31/2019) |
| 07/31/2019 | 2 | | NOTICE OF RELATED CASE by DAVID YANOFSKY. Case related to Case No. 16−cv−951. (Townsend, KatieLynn) (Entered: 07/31/2019) |
| 08/01/2019 | | | ENTERED IN ERROR.....Case Assigned to Judge Rudolph Contreras. (zeg) Modified on 8/1/2019 (zeg). (Entered: 08/01/2019) |
| 08/01/2019 | | | NOTICE OF CORRECTED DOCKET ENTRY: re Case Assigned was entered in error and will be directly assigned due to related case. (zeg) (Entered: 08/01/2019) |
| 08/01/2019 | | | Case Assigned to Judge Ketanji Brown Jackson. (zeg) (Entered: 08/01/2019) |
| 08/01/2019 | 3 | | SUMMONS (3) Issued Electronically as to UNITED STATES DEPARTMENT OF COMMERCE, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zeg) (Entered: 08/01/2019) |
| 08/23/2019 | 4 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 8/6/2019. ( Answer due for ALL FEDERAL DEFENDANTS by 9/5/2019.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF COMMERCE served on 8/5/2019, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 08/07/2019. (Townsend, KatieLynn) (Main Document 4 replaced on 8/26/2019) (zjf). (Entered: 08/23/2019) |

| 08/23/2019 | 5 | | CERTIFICATE OF SERVICE by DAVID YANOFSKY re 2 Notice of Related Case . (Townsend, KatieLynn) (Entered: 08/23/2019) |
|---|---|---|---|
| 08/26/2019 | 6 | | GENERAL ORDER AND GUIDELINES APPLICABLE TO FOIA CASES ASSIGNED TO JUDGE KETANJI BROWN JACKSON. The Court will hold the parties and counsel responsible for following these directives, and parties and counsel should pay particular attention to the Court's instructions for processing and production of records, batching motions, and filing exhibits. Failure to adhere to this Order may, when appropriate, result the imposition of sanctions and/or sua sponte denial of non−conforming motions. Signed by Judge Ketanji Brown Jackson on 8/26/2019. (lckbj1) (Entered: 08/26/2019) |
| 09/05/2019 | 7 | | NOTICE of Appearance by Scott Leeson Sroka on behalf of UNITED STATES DEPARTMENT OF COMMERCE (Sroka, Scott) (Entered: 09/05/2019) |
| 09/05/2019 | 8 | | ANSWER to Complaint by UNITED STATES DEPARTMENT OF COMMERCE.(Sroka, Scott) (Entered: 09/05/2019) |
| 09/06/2019 | | | MINUTE ORDER. Before the Court in this FOIA case are a complaint and an answer. It is hereby ORDERED that the parties shall review this Court's 6 General Order and Guidelines Applicable to FOIA Cases, and promptly confer and file a joint proposed schedule for disclosure or briefing motions for summary judgment, on or before 9/20/2019. Signed by Judge Ketanji Brown Jackson on 9/6/2019. (lckbj1) (Entered: 09/06/2019) |
| 09/20/2019 | 9 | | Joint STATUS REPORT by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 09/20/2019) |
| 09/30/2019 | | | MINUTE ORDER setting briefing schedule for summary judgment: Defendant's Motion for Summary Judgment shall be served on or before 11/20/2019; Plaintiff's Opposition and Cross−Motion for Summary Judgment shall be served on or before 12/20/2019; Defendant's Reply and Cross−Motion Opposition shall be served on or before 1/10/2020; Plaintiff's Cross−Motion Reply shall be served on or before 1/24/2020; briefs shall be filed as a batch within three (3) business days of the service of the last reply brief authorized by this Minute Order, but in any event no later than the Final Filing Deadline of 3/6/2020. Signed by Judge Ketanji Brown Jackson on 9/30/2019. (lckbj1) (Entered: 09/30/2019) |
| 11/20/2019 | 10 | | Consent MOTION for Extension of Time to *File Motion for Summary Judgment* by UNITED STATES DEPARTMENT OF COMMERCE (Sroka, Scott) (Entered: 11/20/2019) |
| 11/20/2019 | 11 | | NOTICE of Appearance by Adam Alexander Marshall on behalf of DAVID YANOFSKY (Marshall, Adam) (Entered: 11/20/2019) |
| 12/03/2019 | | | MINUTE ORDER. The Appendix to this Court's 6 General Order and Guidelines for FOIA Cases provides that "[t]he parties are permitted to modify the schedule for serving their [summary judgment] filings on each other by consent, and without any Order from this Court." Appendix, 5(a)(iii). Indeed, a Court order extending the summary judgment briefing deadlines is only necessary if the proposed changes to the briefing schedule would require an extension of the final filing deadline. See id. 5(a)(ii)(2). Because Defendant has filed an unopposed motion to amend the summary judgment briefing schedule in a manner that would not require any change to the final filing deadline, no Court |

| | | | |
|---|---|---|---|
| | | | approval is needed. Accordingly, it is hereby ORDERED that Defendant's 10 Consent Motion for Extension of Time to File Motion for Summary Judgment is DENIED. Signed by Judge Ketanji Brown Jackson on 12/3/2019. (jag) (Entered: 12/03/2019) |
| 12/06/2019 | 12 | | NOTICE *of Serving Motion for Summary Judgment* by UNITED STATES DEPARTMENT OF COMMERCE (Sroka, Scott) (Entered: 12/06/2019) |
| 01/10/2020 | 13 | | NOTICE *OF SERVICE* by DAVID YANOFSKY (Attachments: # 1 Plaintiff's Cross−Motion for Summary Judgment, # 2 Memorandum of Law, # 3 Plaintiff's Combined Statement of Material Facts and Response to Defendant's Statement of Material Facts, # 4 Declaration of David Yanofsky, # 5 Declaration of Adam A. Marshall, # 6 Proposed Order)(Townsend, KatieLynn) (Entered: 01/10/2020) |
| 01/31/2020 | 14 | | NOTICE *of Serving Defendant's Reply Memorandum and Related Materials* by UNITED STATES DEPARTMENT OF COMMERCE (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Declaration, # 4 Exhibit)(Sroka, Scott) (Entered: 01/31/2020) |
| 02/10/2020 | 15 | | NOTICE OF SUBSTITUTION OF COUNSEL by William J. Chang on behalf of UNITED STATES DEPARTMENT OF COMMERCE Substituting for attorney scott sroka (Chang, William) (Entered: 02/10/2020) |
| 02/14/2020 | 16 | | NOTICE *of Service* by DAVID YANOFSKY (Attachments: # 1 Reply Memorandum of Law in Support of Plaintiff's Cross−Motion for Summary Judgment)(Townsend, KatieLynn) (Entered: 02/14/2020) |
| 02/18/2020 | 17 | | MOTION for Summary Judgment by UNITED STATES DEPARTMENT OF COMMERCE (Attachments: # 1 Statement of Facts SUMF and Proposed Order, # 2 Exhibit Declaration, # 3 Exhibit Exhibits 1−9, # 4 Exhibit Appendices I−III)(Chang, William) (Entered: 02/18/2020) |
| 02/18/2020 | 18 | | Cross MOTION for Summary Judgment by DAVID YANOFSKY (Attachments: # 1 Memorandum of Law, # 2 Statement of Facts, # 3 Declaration of David Yanofsky, # 4 Declaration of Adam A. Marshall, # 5 Text of Proposed Order)(Townsend, KatieLynn) (Entered: 02/18/2020) |
| 02/19/2020 | | | NOTICE OF ERROR re 18 Motion for Summary Judgment; emailed to ktownsend@rcfp.org, cc'd 2 associated attorneys −− The PDF file you docketed contained errors: 1. Two−part docket entry, 2. Please refile document, 3. Same document using the OPPOSITION event (zjf, ) (Entered: 02/19/2020) |
| 02/19/2020 | 19 | | Memorandum in opposition to re 17 MOTION for Summary Judgment filed by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 02/19/2020) |
| 02/19/2020 | 20 | | Memorandum in opposition to re 18 Cross MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Statement of Facts Response to Plaintiff's Additional Statement of Material Facts, # 2 Declaration, # 3 Exhibit)(Chang, William) (Entered: 02/19/2020) |
| 02/19/2020 | 21 | | REPLY to opposition to motion re 17 MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE. (Chang, William) (Entered: 02/19/2020) |
| 02/20/2020 | 22 | | REPLY to opposition to motion re 18 Cross MOTION for Summary Judgment filed by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 02/20/2020) |

| | | | |
|---|---|---|---|
| 08/05/2020 | 23 | | NOTICE of Appearance by April Denise Seabrook on behalf of All Defendants (Seabrook, April) (Entered: 08/05/2020) |
| 10/06/2020 | 24 | | MEMORANDUM OPINION AND ORDER denying Defendant's 17 Motion for Summary Judgment, denying Plaintiff's 18 Cross−Motion for Summary Judgment, and directing the parties to file a joint proposed briefing schedule for renewed cross−motions for summary judgment on or before 10/20/2020. Signed by Judge Ketanji Brown Jackson on 10/06/2020. (lcnj) (Entered: 10/06/2020) |
| 10/20/2020 | 25 | | Joint STATUS REPORT *and Proposed Briefing Schedule* by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 10/20/2020) |
| 11/06/2020 | | | MINUTE ORDER setting adopting the parties' proposed briefing schedule for renewed motions for summary judgment: Defendant's Motion for Summary Judgment shall be served on or before 11/25/2020; Plaintiff's Opposition and Cross−Motion for Summary Judgment shall be served on or before 12/23/2020; Defendant's Reply and Cross−Motion Opposition shall be served on or before 1/15/2021; Plaintiff's Cross−Motion Reply shall be served on or before 1/29/2021; briefs shall be filed as a batch within three (3) business days of the service of the last reply brief authorized by this Minute Order, but in any event no later than the Final Filing Deadline of 3/5/2021. Signed by Judge Ketanji Brown Jackson on 11/6/2020. (jag) (Entered: 11/06/2020) |
| 12/08/2020 | 26 | | NOTICE *of Service of Dispositive Motion* by UNITED STATES DEPARTMENT OF COMMERCE (Seabrook, April) (Entered: 12/08/2020) |
| 01/15/2021 | 27 | | NOTICE *OF SERVICE* by DAVID YANOFSKY (Attachments: # 1 Plaintiff's Renewed Cross−Motion for Summary Judgment, # 2 Memorandum of Law, # 3 Statement of Facts, # 4 Text of Proposed Order)(Townsend, KatieLynn) (Entered: 01/15/2021) |
| 02/10/2021 | 28 | | Unopposed MOTION to Amend/Correct Order,,, Set Deadlines,, by UNITED STATES DEPARTMENT OF COMMERCE. (Seabrook, April) (Entered: 02/10/2021) |
| 02/12/2021 | | | MINUTE ORDER granting, for good cause shown, 28 Unopposed Motion to Amend Briefing Schedule. It is hereby ORDERED that the Final Filing Deadline in this matter is extended to 3/15/2021. Signed by Judge Ketanji Brown Jackson on 2/12/2021. (jag) (Entered: 02/12/2021) |
| 02/16/2021 | | | ENTERED IN ERROR. . . . .MINUTE ORDER. In light of the representations in the parties' 26 Joint Status Report, it is hereby ORDERED that, on or before 3/18/2021, the parties shall file a further joint status report, which shall include a proposed schedule for further proceedings if litigation is going to be necessary. Signed by Judge Ketanji Brown Jackson on 2/16/2021. (jag) Modified entered in error at the direction of Chambers, wrong case on 2/16/2021 (ztd). (Entered: 02/16/2021) |
| 02/19/2021 | 29 | | NOTICE *of Service of Reply and Opposition to Cross−Motion* by UNITED STATES DEPARTMENT OF COMMERCE (Attachments: # 1 Memorandum in Support)(Seabrook, April) (Entered: 02/19/2021) |
| 03/11/2021 | 30 | | NOTICE *OF SERVICE* by DAVID YANOFSKY (Attachments: # 1 Reply Memorandum, # 2 Response to Defendants Additional Statement of Material Facts, # 3 Second Declaration of Adam A. Marshall, # 4 Second Declaration of |

| | | | |
|---|---|---|---|
| | | | David Yanofsky)(Townsend, KatieLynn) (Entered: 03/11/2021) |
| 03/13/2021 | 31 | | Second MOTION for Summary Judgment by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Memorandum in Support, # 2 Exhibit − Exhibit List, # 3 Statement of Facts, # 4 Exhibit A − First Hill Decl., # 5 Exhibit B − Third Hill Decl., # 6 Exhibit C − J Hall Decl., # 7 Exhibit D − W Hull Decl., # 8 Exhibit E − FOIA Request with attachments, # 9 Exhibit F − Email Correspondence)(Seabrook, April) (Entered: 03/13/2021) |
| 03/14/2021 | 32 | | Cross MOTION for Summary Judgment by DAVID YANOFSKY. (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Text of Proposed Order)(Townsend, KatieLynn) (Entered: 03/14/2021) |
| 03/14/2021 | 33 | | RESPONSE re 31 Second MOTION for Summary Judgment filed by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 03/14/2021) |
| 03/15/2021 | 34 | | REPLY to opposition to motion re 31 Second MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Exhibit − Updated List of Exhibits, # 2 Statement of Facts, # 3 Exhibit G − Email of Sept 19, 2018, # 4 Exhibit H − Huether Decl., # 5 Exhibit I − Powers Decl., # 6 Exhibit J − Second Hill Decl)(Seabrook, April) (Entered: 03/15/2021) |
| 03/15/2021 | 35 | | Memorandum in opposition to re 32 Cross MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Exhibit − Updated List of Exhibits, # 2 Statement of Facts (Responsive), # 3 Exhibit G − Sept 19 2018 Email, # 4 Exhibit H − Huether Decl., # 5 Exhibit I − Powers Decl., # 6 Exhibit J − Second Hill Decl.)(Seabrook, April) (Entered: 03/15/2021) |
| 03/15/2021 | 36 | | REPLY to opposition to motion re 32 Cross MOTION for Summary Judgment filed by DAVID YANOFSKY. (Attachments: # 1 Statement of Facts, # 2 Second Declaration of Adam A. Marshall, # 3 Second Declaration of David Yanofsky)(Townsend, KatieLynn) (Entered: 03/15/2021) |
| 03/18/2021 | 37 | | Joint STATUS REPORT by UNITED STATES DEPARTMENT OF COMMERCE. (Seabrook, April) (Entered: 03/18/2021) |
| 04/13/2021 | 38 | | MOTION for Leave to File *Surreply* by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Exhibit 1 − Proposed Surreply, # 2 Exhibit K − 2d Huether Decl., (STRICKEN PURSUANT TO THE ORDER FILED ON 03/31/2022 RE # 3 Exhibit L − Alalasundaram Decl.), # 4 Exhibit M − Sept. 2018 Email Chain, # 5 Exhibit − Cumulative Exhibit List)(Seabrook, April) Modified on 4/4/2022 to include stricken language (zacr). (Entered: 04/13/2021) |
| 04/27/2021 | 39 | | RESPONSE re 38 MOTION for Leave to File *Surreply* filed by DAVID YANOFSKY. (Attachments: # 1 Text of Proposed Order)(Townsend, KatieLynn) (Entered: 04/27/2021) |
| 04/27/2021 | 40 | | MOTION to Strike 38 MOTION for Leave to File *Surreply attachment Declaration of Jay Alalasundaram* by DAVID YANOFSKY. (Attachments: # 1 Text of Proposed Order)(Townsend, KatieLynn) (Entered: 04/27/2021) |
| 04/29/2021 | 41 | | MOTION for Extension of Time to File Response/Reply as to 38 MOTION for Leave to File *Surreply* by UNITED STATES DEPARTMENT OF COMMERCE. (Seabrook, April) (Entered: 04/29/2021) |

6

| | | | |
|---|---|---|---|
| 04/29/2021 | | | MINUTE ORDER granting 41 Opposed Motion for Extension of Time to File Reply re 38 Motion for Leave to File a Surreply. It is hereby ORDERED that Defendant's consolidated reply and opposition to Plaintiff's motion to strike is due on or before 5/11/2021. Signed by Judge Ketanji Brown Jackson on 4/29/2021. (jag) (Entered: 04/29/2021) |
| 05/11/2021 | 42 | | REPLY to opposition to motion re 38 MOTION for Leave to File *Surreply* filed by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Exhibit − Signed Alalasundaram Declaration)(Seabrook, April) (Entered: 05/11/2021) |
| 05/11/2021 | 43 | | Memorandum in opposition to re 40 MOTION to Strike 38 MOTION for Leave to File *Surreply attachment Declaration of Jay Alalasundaram* filed by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Exhibit − Signed Alalasundaram Declaration)(Seabrook, April) (Entered: 05/11/2021) |
| 06/28/2021 | | | Judge Ketanji Brown Jackson has been elevated to serve on the U.S. Court of Appeals for the D.C. Circuit. She is therefore no longer assigned to this case, and this matter has been reassigned to the Calendar Committee, which will oversee it until it is assigned to another district judge. Any questions should be directed to Judge Jackson's former deputy clerk, Gwendolyn Franklin, at 202−354−3145 or gwen_franklin@dcd.uscourts.gov.(rj) (Entered: 06/28/2021) |
| 10/01/2021 | | | Case directly reassigned to Judge Florence Y. Pan. Judge Ketanji Brown Jackson has been appointed to the D.C. Circuit and is no longer assigned to the case. (ztnr) (Entered: 10/01/2021) |
| 03/02/2022 | 44 | | MOTION for Status Conference by DAVID YANOFSKY. (Townsend, KatieLynn) Modified on 3/3/2022 to correct docket text(zjf). (Entered: 03/02/2022) |
| 03/02/2022 | 45 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES DEPARTMENT OF COMMERCE. Attorney William Chang terminated. (Chang, William) (Entered: 03/02/2022) |
| 03/02/2022 | 46 | | RESPONSE re 44 MOTION for Status Conference filed by UNITED STATES DEPARTMENT OF COMMERCE. (Seabrook, April) . (Entered: 03/02/2022) |
| 03/02/2022 | | | MINUTE ORDER denying Plaintiff's 44 Motion for Status Conference . The Court discerns no need for a status conference at this time. Signed by Judge Florence Y. Pan on 3/2/2022. (lcrl) (Entered: 03/02/2022) |
| 03/22/2022 | | | NOTICE of Hearing: Motions Hearing set for 5/11/2022 at 2:00 PM via videoconference before Judge Florence Y. Pan. (zacr) (Entered: 03/22/2022) |
| 03/31/2022 | 47 | | ORDER granting Defendant's 38 Motion for Leave to File Surreply and granting Plaintiff's 40 Motion to Strike the unsigned [38−3] Declaration of Jay Alalasundaram. Signed by Judge Florence Y. Pan on 3/31/22. (lcaa) (Entered: 03/31/2022) |
| 03/31/2022 | 48 | | SURREPLY re 32 Cross MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE. (Attachments: # 1 Declarations and Exhibit List)(zjf) (Entered: 04/04/2022) |
| 05/09/2022 | | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of RESCHEDULED Hearing: The Motion Hearing previously set for 5/11/2022 at 2:00pm has been RESCHEDULED for **5/24/2022 at 2:00 PM** via Zoom videoconference before Judge Florence Y. Pan. (zacr) (Entered: 05/09/2022) |
| 05/24/2022 | | | Minute Entry for proceedings held before Judge Florence Y. Pan: Motion Hearing held via videoconference on 5/24/2022 re 31 Second MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE and 32 Cross MOTION for Summary Judgment filed by DAVID YANOFSKY. Oral arguments heard. For the reasons stated on the record, Defendant's 31 Second Motion for Summary Judgment is DENIED and Plaintiff's 32 Cross Motion for Summary Judgment is GRANTED. The parties are to confer and submit a joint proposed schedule for the release of records. (Court Reporter Janice Dickman.) (zacr) (Entered: 05/24/2022) |
| 06/01/2022 | 49 | | Unopposed MOTION for Extension of Time to *File Motion for Attorney Fees and Costs* by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 06/01/2022) |
| 06/01/2022 | | | MINUTE ORDER granting Plaintiff's 49 Motion for Extension of Time to File Motion for Attorney Fees and Costs. Plaintiff's Motion for Attorney Fees and Costs is due on or before July 22, 2022. Signed by Judge Florence Y. Pan on 6/1/22. (lcaa) (Entered: 06/01/2022) |
| 06/01/2022 | | | Set/Reset Deadlines: Plaintiff's Motion for Attorney Fees and Costs due by 7/22/2022. (zacr) (Entered: 06/01/2022) |
| 06/03/2022 | 50 | | Joint STATUS REPORT *Regarding Proposed Orders* by DAVID YANOFSKY. (Attachments: # 1 Plaintiff's Proposed Order, # 2 Defendant's Proposed Order)(Marshall, Adam) (Entered: 06/03/2022) |
| 06/06/2022 | 51 | | TRANSCRIPT OF PROCEEDINGS before Judge Florence Y. Pan held on May 24, 2022; Page Numbers: 1−91. Date of Issuance:June 6, 2022. Court Reporter/Transcriber Janice E. Dickman, RMR, CRR, CRC, Telephone number 202−354−3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/27/2022. Redacted Transcript Deadline set for 7/7/2022. Release of Transcript Restriction set for 9/4/2022.(ztnr) (Entered: 06/06/2022) |

| | | |
|---|---|---|
| 06/07/2022 | | MINUTE ORDER. Upon consideration of the 50 Joint Status Report, the Court notes that Defendant's deadline to file its notice of appeal is July 25, 2022. If no appeal is filed, Defendant shall produce the responsive records on July 26, 2022. Signed by Judge Florence Y. Pan on 6/7/22. (lcaa) (Entered: 06/07/2022) |
| 06/07/2022 | | Set/Reset Deadlines: Defendant's deadline to file notice of appeal is 7/25/2022. If no appeal is filed, Defendant's responsive records are due by 7/26/2022. (zacr) (Entered: 06/07/2022) |
| 06/23/2022 | 52 | Consent MOTION for Extension of Time to *File Motion for Attorney Fees and Costs* by DAVID YANOFSKY. (Townsend, KatieLynn) (Entered: 06/23/2022) |
| 06/24/2022 | | MINUTE ORDER granting 52 Consent Motion for Extension of Time. Plaintiff's Motion for Attorney Fees and Costs is due on or before September 12, 2022, if Defendant does not file an appeal in this matter, or 45 days after resolution of the appeal if one is filed. Signed by Judge Florence Y. Pan on 6/24/22. (lcaa) (Entered: 06/24/2022) |
| 06/24/2022 | | Set/Reset Deadlines: Plaintiff's Motion for Attorney Fees and Costs due by 9/12/2022. (zacr) (Entered: 06/27/2022) |
| 07/22/2022 | 53 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order, 47 Order on Motion for Leave to File, Order on Motion to Strike, Order on Motion for Summary Judgment,,,,,, Motion Hearing,, by UNITED STATES DEPARTMENT OF COMMERCE. Fee Status: No Fee Paid. Parties have been notified. (Seabrook, April) (Entered: 07/22/2022) |

9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID YANOFSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>　　　　Defendant. | Civil Action No. 19-2290 (FYP) |

### NOTICE OF APPEAL

**NOTICE IS HEREBY** given this 22nd day of July, 2022, that the United States Department of Commerce appeals to the U.S. Court of Appeals for the District of Columbia Circuit from (i) the Minute Orders dated May 24, 2022, and June 7, 2022, and the oral decision read into the record on May 24, 2022 [ECF No. 51]; and (ii) the March 31, 2022, Order granting Plaintiff's motion to strike [ECF No. 47].

Dated: July 22, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar No. 481052
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　By: /s/ *April Denise Seabrook*
　　　　　　　　　　　　　　　　　　　　APRIL DENISE SEABROOK, D.C. Bar No. 993730
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Tel: (202) 252-2525
　　　　　　　　　　　　　　　　　　　　April.Seabrook@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, a true and correct copy of the above document was electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served upon interested counsel via the Notice of Electronic Filing that are generated by CM/ECF.

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2525
April.Seabrook@usdoj.gov

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 5/24/2022 at 4:36 PM and filed on 5/24/2022

| | |
|---|---|
| **Case Name:** | YANOFSKY v. UNITED STATES DEPARTMENT OF COMMERCE |
| **Case Number:** | 1:19−cv−02290−FYP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Minute Entry for proceedings held before Judge Florence Y. Pan: Motion Hearing held via videoconference on 5/24/2022 re [31] Second MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF COMMERCE and [32] Cross MOTION for Summary Judgment filed by DAVID YANOFSKY. Oral arguments heard. For the reasons stated on the record, Defendant's [31] Second Motion for Summary Judgment is DENIED and Plaintiff's [32] Cross Motion for Summary Judgment is GRANTED. The parties are to confer and submit a joint proposed schedule for the release of records. (Court Reporter Janice Dickman.) (zacr)

**1:19−cv−02290−FYP Notice has been electronically mailed to:**

April Denise Seabrook     april.seabrook@usdoj.gov, CaseView.ECF@usdoj.gov, shadae.beaver@usdoj.gov

KatieLynn Boyd Townsend     ktownsend@rcfp.org

Adam Alexander Marshall     amarshall@rcfp.org

**1:19−cv−02290−FYP Notice will be delivered by other means to::**

# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/7/2022 at 4:53 PM and filed on 6/7/2022

| | |
|---|---|
| **Case Name:** | YANOFSKY v. UNITED STATES DEPARTMENT OF COMMERCE |
| **Case Number:** | 1:19−cv−02290−FYP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
MINUTE ORDER. Upon consideration of the [50] Joint Status Report, the Court notes that Defendant's deadline to file its notice of appeal is July 25, 2022. If no appeal is filed, Defendant shall produce the responsive records on July 26, 2022. Signed by Judge Florence Y. Pan on 6/7/22. (lcaa)

**1:19−cv−02290−FYP Notice has been electronically mailed to:**

April Denise Seabrook     april.seabrook@usdoj.gov, CaseView.ECF@usdoj.gov, shadae.beaver@usdoj.gov

KatieLynn Boyd Townsend     ktownsend@rcfp.org

Adam Alexander Marshall     amarshall@rcfp.org

**1:19−cv−02290−FYP Notice will be delivered by other means to::**