[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAVID YANOFSKY,

　　　　　Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF COMMERCE,

　　　　　Defendant-Appellant.

No. 22-5204

## STATEMENT OF ISSUES

Pursuant to this Court's order dated July 27, 2022, Defendant-Appellant hereby respectfully submits this Statement of Issues presented on appeal are:

1.　　Whether the district court erred in granting summary judgment on plaintiff's claims under the Freedom of Information Act.

2.　　Whether the district court abused its discretion in striking the government's declaration.

Respectfully submitted,

  s/ Joshua Waldman
Joshua Waldman

Attorney
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W., Room 7232
Washington, D.C. 20530-0001
(202) 514-0236

## CERTIFICATE OF SERVICE

I hereby certify that August 26, 2022, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

 s/ Joshua Waldman
Joshua Waldman
Counsel for Defendant-Appellant