IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DAVID YANOFSKY,<br><br>    Appellee,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>    Appellant. | No. 22-5204 |

## **APPELLANT'S STATUS REPORT**

Pursuant to this Court's Order (Sept. 2, 2022), Appellant U.S. Department of Commerce respectfully submits this status report to appraise the Court of the progress of the parties' settlement discussions. Counsel for the parties are making significant progress on the terms of a settlement agreement and believe that a settlement may be reached that would resolve their dispute without need for further litigation. Appellant will file an additional status report within 90 days, unless this appeal is dismissed before then.

Respectfully submitted,

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant U.S. Attorney
U.S. Attorney's Office
District of Columbia
Civil Division
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing APPELLANT'S STATUS REPORT.

>Respectfully submitted,

>/s/ Bradley G. Silverman
>BRADLEY G. SILVERMAN