[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DAVID YANOFSKY,<br>　　*Plaintiff-Appellee*,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br>　　*Defendant-Appellant.* | No. 22-5204 |

## CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), and Circuit Rule 29(g), Defendant-Appellant U.S. Department of Commerce hereby moves to dismiss this appeal, with each party to bear its own costs. Counsel for Plaintiff-Appellee David Yanofsky have authorized Defendant to state that he consents to this motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Bradley G. Silverman
　　　　　　　　　　　　　　　　BRADLEY G. SILVERMAN
　　　　　　　　　　　　　　　　DC Bar #1531664
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　601 D Street NW
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　(202) 252-2575
　　　　　　　　　　　　　　　　bradley.silverman@usdoj.gov

　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 47 words, according to the Count of Microsoft Word.

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
DC Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the foregoing motion with the Clerk of the Court through the appellate CM/ECF system. Service was accomplished on registered counsel through the CM/ECF system.

        /s/ Bradley G. Silverman
        BRADLEY G. SILVERMAN
        DC Bar #1531664
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20530
        (202) 252-2575
        bradley.silverman@usdoj.gov

        *Counsel for Defendant*