# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-5204** | **September Term, 2022** |
| | **1:19-cv-02290-FYP** |
| | **Filed On: February 16, 2023** |

David Yanofsky,

    Appellee

  v.

United States Department of Commerce,

    Appellant

## O R D E R

Upon consideration of the consent motion to voluntarily dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/
                            Amanda Himes
                            Deputy Clerk