# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-5204**                                                         **September Term, 2022**

**1:19-cv-02290-FYP**

**Filed On: February 16, 2023** [1986313]

David Yanofsky,

       Appellee

   v.

United States Department of Commerce,

       Appellant

## **M A N D A T E**

In accordance with the order of February 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                    BY:    /s/
                                                        Amanda Himes
                                                        Deputy Clerk

Link to the order filed February 16, 2023